JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY NELSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-04928-SB<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, Plaintiff Stacey Nelson's claims against Defendants Equifax Information Services LLC and Trans Union, LLC are DISMISSED with prejudice.

　　This is a Final Judgment.

Date: September 6, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge